

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Marquita Marie Quesada

**Plaintiff,**

**V.**

Carolyn W. Colvin  et al

**Defendant.**

FILED

08/11/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                J. Gutierrez  , Deputy

**Civil No.**  16-cv-02716-CAB-KSC

**STRICKEN DOCUMENT:**

Order

**Per Order #     25**

**18**