

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marquita Marie Quesada | Civil Action No. 16-cv-02716-CAB-KSC |
| **Plaintiff,** V. | |
| Nancy A. Berryhill' Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is Granted, Defendant's motion for summary judgment is Denied, and the matter is Remanded to the Social Security Administration for further proceedings consistent with this order. The Clerk of the Court shall Close this case. IT IS SO ORDERED.

Date: 8/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy